# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI 46 | 9259756 | NATHAN STEELE | 26455 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR / USC / State Code |
|---|---|---|
| 10.14.2020 | 18 U.S.C. §113(a)(5) | |

Place of Offense: DETROIT METROPOLITAN AIRPORT

Offense Description: SIMPLE ASSAULT

HAZMAT: —

### DEFENDANT INFORMATION

Last Name: KLEIN
First Name: EDWARD
MI: W

[Address redacted]

### APPEARANCE IS REQUIRED — APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE

*9259756*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10.14, 20 20 while exercising my duties as a law enforcement officer in the EASTERN District of MICHIGAN.

DEFENDANT EDWARD KLEIN ARRIVED AT THE DETROIT METRO AIRPORT ABOARD DELTA FLIGHT 4714. WHILE IN FLIGHT STEPHANIE LYNN SCHUTTER STATED HER PRIVATES BEING TOUCHED IN A SEXUAL NATURE BY KLEIN. FIRST IN ROW SCHUTTER SAID KLEIN FIRST TOUCHED HER SIDE WITH HIS FOOT. A SHORT TIME LATER KLEIN TOUCHED SCHUTTER'S BREAST. SCHUTTER STATED THAT KLEIN GROPED HER BREAST ABOVE HER CLOTHING. AFTER ARRIVAL AT THE GATE (B2) SCHUTTER NOTIFIED THE CREW AND LAW ENFORCEMENT WAS CALLED TO THE GATE.

The foregoing statement is based upon:
☑ my personal observation ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/14/2020

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial Motor Vehicle Involved in incident